IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| WILSON OILFIELD SERVICES, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | No. 7:11-cv-00111-O |
| | § | |
| VISHAL ENTERPRISE, SANJAY PARIKH | § | |
| and BHARAT CHAUDHARI | § | |
| | § | |
| Defendants. | § | |

**NOTICE OF WITHDRAWAL OF PLAINTIFF'S MOTION TO COMPEL
DEFENDANTS' FULL DISCLOSURE OF INTERESTED PERSONS**

1. On September 16, 2011, Plaintiff filed its Motion to Compel Full Disclosure of Interested Persons (Docket # 09).

2. On September 21, 2011, Defendants filed their Amended Certificate of Interested Persons (Docket # 12).

3. Defendants' Amended Certificate of Interested Persons identifies the Bank of Baroda as an interested party and therefore moots the issue raised in the Motion to Compel.

4. Accordingly, Plaintiff withdraws its Motion to Compel Full Disclosure of Interested Persons.

Respectfully submitted,

_/s/ Gene A. Hamm II_

Gene A. Hamm II
State Bar No. 00795405

**NOTICE OF WITHDRAWAL OF MOTION TO COMPEL - Page 1**
W3003.001.04.018

        **THE HAMM FIRM**
        1333 W. McDermott, Suite 200
        Allen, Texas  75013
        Main:  (469) 656-1593
        eFax:  (469) 656-1594

        ATTORNEYS FOR PLAINTIFF WILSON
        OILFIELD SERVICES, INC.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served in accordance with the Federal Rules of Civil Procedure to all counsel of record identified below on this 22nd day of September, 2011.

    Gregory M. Weinstein
    Robert K. Radcliff
    Langley Weinstein LLP
    901 Main Street, Suite 600
    Dallas, Texas 75202

                                      */s/ Gene A. Hamm II*
                                      Gene A. Hamm II